A CERTIFIED TRUE COPY
SEP 25 2007
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP -7 2007

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 02 2007

GREGORY C. LANGHAM
CLERK

## MDL NO. 1804

*IN RE Stand 'n Seal Products Liability Litigation*

*Sandie Himmelman, et al. v. Roanoke Companies Group, Inc., et al.*, D. Colorado, C.A. No. 1:07-1803 — LTB

## CONDITIONAL TRANSFER ORDER (CTO-10)

On January 5, 2007, the Panel transferred ten civil actions to the United States District Court for the Northern District of Georgia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 469 F.Supp.2d 1351 (J.P.M.L. 2007). Since that time, 16 additional actions have been transferred to the Northern District of Georgia. With the consent of that court, all such actions have been assigned to the Honorable Thomas W. Thrash, Jr.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Northern District of Georgia and assigned to Judge Thrash.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of Georgia for the reasons stated in the order of January 5, 2007, and, with the consent of that court, assigned to the Honorable Thomas W. Thrash, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Georgia. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP 2 5 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

ATTEST: A TRUE COPY
CERTIFIED THIS
OCT -1 2007
James N. Hatten, Clerk
By: Deputy Clerk

## INVOLVED COUNSEL LIST (CTO-10)
## MDL NO. 1804
### IN RE Stand 'n Seal Products Liability Litigation

Carolyn J. Fairless
Wheeler, Trigg Kennedy, LLP
U.S. District Court, Box 19
1801 California Street, #3600
Denver, CO 80202

James E. Goldfarb
Senter, Goldfarb & Rice, LLC
1700 Broadway, #1700
Denver, CO 80290

Scott D. Huray
Carlock, Copeland, Semler & Stair
2600 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, GA 30303

John P. MacNaughton
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326-1044

Charles M. McGivney
McGivney & Kluger, P.C.
80 Broad Street, 23rd Floor
New York, NY 10004

Andrew R. McLetchie
Fowler, Schimberg & Flanagan, PC
1640 Grant Street, Suite 300
Denver, CO 80203

Albert H. Parnell
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308-3243

James Popson
Sutter, O'Connell & Farchione
3600 Erieview Tower
1301 East Ninth Street
Cleveland, OH 44114

Wiliam K. Rounsborg
White & Steele P.C.
950 17th Street, 21st Floor
Denver, CO 80202

Edward B. Ruff, III
Pretzel & Stouffer, Chtd.
One South Wacker Drive, Suite 2500
Chicago, IL 60606-4673

Daniel A. Sloane
Hillyard, Wahlberg, Kudla & Sloane, LLP
5445 DTC Parkway, #750
Englewood, CO 80111