IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01803-WYD-MEH
      Related to Civil Action No. 06-cv-01485-WYD-MEH

SANDIE HIMMELMAN, individually and as next friend for Tyler Himmelman, and
BRIAN HIMMELMAN, individually,

      Plaintiffs,

v.

ROANOKE COMPANIES GROUP, INC., *et al.*

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 27, 2010.**

      The Himmelman Plaintiffs' Motion to Amend Complaint [filed July 19, 2010; docket #45] is **granted**. According to Fed. R. Civ. P. 15(a), the Court should freely give leave to amend "when justice so requires." This motion is unopposed and is timely filed. (*See* docket #51; docket #40 at 49 (Sched. Ord.).) The Court finds justice so requires granting leave to amend and directs the Clerk of Court to enter the Himmelman Plaintiffs' Amended Complaint located at docket #45-1.