IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01803-WYD-MEH

SANDIE HIMMELMAN, Individually;
BRIAN HIMMELMAN, Individually and
TYLER HIMMELMAN, a Minor Child Through His Next Friend, SANDIE HIMMELMAN,

    Plaintiffs,

v.

ROANOKE COMPANIES GROUP, INC., n/k/a BRTT, INC.;
ROANOKE COMPANIES GROUP, INC., Individually and as Successor in Interest to Roanoke Companies Group, Inc.;
HOME DEPOT U.S.A., INC.;
SLR, INC.;
AEROFIL TECHNOLOGY, INC.;
INNOVATIVE CHEMICAL TECHNOLOGIES, INC., and
ORTEC, INC.,

    Defendants.

## ORDER

THIS MATTER is before the Court on the Stipulated Motion for Dismissal with Prejudice filed July 20, 2010. The motion seeks a dismissal of Plaintiff's claims against Innovative Chemical Technologies, Inc. with prejudice. Having reviewed the motion and being fully advised in the premises, it is

ORDERED that the Stipulated Motion for Dismissal with Prejudice (ECF No. 47) is **GRANTED**. Plaintiff's claims against Defendant Innovative Chemical Technologies, Inc. are **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney fees. Innovative Chemical Technologies, Inc. shall hereafter be taken off the caption.

Dated: August 17, 2010

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
United States District Judge