IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01803-WYD-MEH

SANDIE HIMMELMAN,
BRIAN HIMMELMAN, and
TYLER HIMMELMAN, a minor child through his next friend, Sandie Himmelman,

      Plaintiffs,

v.

ROANOKE COMPANIES GROUP, INC., now known as BRITT, INC.,
HOME DEPOT U.S.A., INC., and
ORTEC, INC.,

      Defendants.

ORTEC, INC.,

      Cross Claimant,

v.

HOME DEPOT U.S.A., INC.,
AEROFIL TECHNOLOGY, INC., and
SLR, INC.,

      Cross Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 27, 2010.**

      Defendant Ortec, Inc.'s Unopposed Motion to be Excused from Settlement Conference [filed August 26, 2010; docket #66] is **granted**. Defendant Ortec, Inc. is excused from participating in the settlement conference scheduled to occur August 30 and 31 and September 14 and 15, 2010.