IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01803-WYD-MEH

SANDIE HIMMELMAN, Individually;
BRIAN HIMMELMAN, Individually and
TYLER HIMMELMAN, a Minor Child Through His Next Friend, SANDIE HIMMELMAN,

    Plaintiffs,

v.

ROANOKE COMPANIES GROUP, INC.,now known as BRTT, INC.,
ROANOKE COMPANIES GROUP, INC., Individually and as Successor in Interest to Roanoke Companies Group, Inc.;
HOME DEPOT U.S.A., INC.;
SLR, INC.,
AEROFIL TECHNOLOGIES, INC., and
ORTEC, INC.,

    Defendants,

ORTEC, INC.,

    Cross Claimant,

v.

INNOVATIVE CHEMICAL TECHNOLOGIES, INC.,

    Cross Defendants.

---

# ORDER

---

This matter comes before the Court on the Stipulated Motion for Dismissal With Prejudice filed by Innovative Chemical Technologies, Inc. and Ortec, Inc. Having reviewed the motion and being fully advised in the premises, it is

ORDERED that the Stipulated Motion for Dismissal With Prejudice (ECF No. 75) is **GRANTED**. Defendant Ortec, Inc.'s cross-claims against Defendant Innovative Chemical Technologies, Inc., are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees. Ortec's cross-claims against Innovative Chemical Technologies shall hereafter be taken off the caption.

Dated: October 4, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge