IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01803-WYD-MEH

SANDIE HIMMELMAN, Individually; BRIAN HIMMELMAN, Individually and
TYLER HIMMELMAN, a Minor Child Through His Next Friend, SANDIE HIMMELMAN,

     Plaintiffs,

v.

ROANOKE COMPANIES GROUP, INC.,now known as BRTT, INC., ROANOKE
COMPANIES GROUP, INC., Individually and as Successor in Interest to Roanoke
Companies Group, Inc.; HOME DEPOT U.S.A., INC.;  SLR, INC., AEROFIL
TECHNOLOGIES, INC., and ORTEC, INC.,

     Defendants,

---

**MINUTE ORDER**

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     This matter is before the Court on a review of the record.  It has come to my
attention that the caption of the case and the status of the parties in the record is not
currently and/or may not have been correct in the past.  Having conferred with Plaintiffs'
counsel, I was advised that the above-stated caption is correct as to the remaining
Defendants.  Innovative Chemical Technologies, Inc. was also a Defendant, but was
dismissed by previous Order pursuant to a stipulated motion and taken off the caption.

     Also by previous Order, I dismissed cross-claims by Ortec, Inc. against Innovative
Chemical Technologies, Inc.  That cross-claim has also been taken off the caption.  I was
advised by counsel for Ortec, Inc. that there may also be cross-claims pending by SLR
and/or the Roanoke Defendants.  However, no such cross-claims are in the record and
they have not been included in the caption of this case.

     To ensure an accurate record, counsel for the parties shall meet and confer
regarding the remaining claims and/or cross-claims and file a document with their dismissal
papers due by October 29, 2010, that indicates what the correct caption is and that seeks
to correct any errors in the electronic record (CM-ECF) regarding the status or dates of
dismissal of parties.  If the above caption is correct and there are no remaining cross-
claims, the parties may simply affirm this in their filing.  If the above caption is incorrect, the
parties shall also file a motion to correct the caption.

     Dated:  October 18, 2010