IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01803-WYD-MEH

SANDIE HIMMELMAN, Individually;
BRIAN HIMMELMAN, Individually and
TH, a Minor Child Through His Next Friend, SANDIE HIMMELMAN,

    Plaintiffs,

v.

ROANOKE COMPANIES GROUP, INC., n/k/a BRTT, INC.;
ROANOKE COMPANIES GROUP, INC., Individually and as Successor in Interest to Roanoke Companies Group, Inc.;
HOME DEPOT U.S.A., INC.;
SLR, INC.;
AEROFIL TECHNOLOGY, INC.; and
ORTEC, INC.,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the parties' Stipulation for Dismissal with Prejudice (filed October 29, 2010). After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case should be dismissed. Accordingly, it is

ORDERED that the Stipulation for Dismissal with Prejudice (ECF No. 80) is **APPROVED**. All claims between the parties, including any cross-claims, are **DISMISSED WITH PREJUDICE**, each party to bear its own attorneys' fees and costs.

Dated: November 1, 2010

                                                        BY THE COURT:

                                                       <u>s/ Wiley Y. Daniel</u>
                                                       Wiley Y. Daniel
                                                       Chief United States District Judge